**Order entered October 3, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00729-CV

## POSITIVE TRANSPORTATION LLC, THOMAS WHALEY AND THOMAS HATTON, JR., Appellants

## V.

## TTS, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09409**

### ORDER
Before Justices Carlyle, Smith, and Garcia

On August 26, 2022, we affirmed by memorandum opinion the trial court's second amended temporary injunction. The trial court's second amended temporary injunction, however, is also the subject of appellate cause number 05-22-00835-CV, filed by the appellee in this appeal, TTS, LLC, on August 22, 2022. Accordingly, on the Court's own motion, we **VACATE** our opinion and judgment of August 26, 2022, **REINSTATE** the appeal, and **CONSOLIDATE** cause

number 05-22-00835-CV into this cause. We **DIRECT** the Clerk of the Court to transfer all documents from cause number 05-22-00835-CV into this cause and to treat TTS's notice of appeal in that cause as a notice of cross-appeal in this cause. For administrative purposes, cause number 05-22-00835-CV is treated as a closed case.

Supplemental briefing **SHALL BE limited to the cross-appeal** with TTS's cross-appellant's brief filed no later than October 24, 2022, Positive Transportation LLC, Thomas Whaley and Thomas Hatton, Jr's cross-appellees' brief filed no later than November 14, 2022, and any cross-appellant's reply brief filed no later than December 5, 2022. **No other briefing shall be filed unless ordered by the Court.**

We **DENY** the September 26, 2022 motion for rehearing as moot.

/s/     CORY L. CARLYLE
JUSTICE